No. A–593. CHING YEE v. SHINTAKU, JUDGE, ET AL. C. A. 9th Cir. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. 81–55. NEW YORK v. FERBER. Ct. App. N. Y. [Certiorari granted, 454 U. S. 1052.] Motions of Covenant House and Charles H. Keating, Jr., et al. for leave to file briefs as *amici curiae* granted.

No. 81–150. NORTHERN PIPELINE CONSTRUCTION CO. v. MARATHON PIPE LINE CO. ET AL.; and
No. 81–546. UNITED STATES v. MARATHON PIPE LINE CO. ET AL. D. C. Minn. [Probable jurisdiction noted, 454 U. S. 1029.] Motion of Commercial Law League of America for leave to participate in oral argument as *amicus curiae* and for additional time for oral argument denied.

No. 81–225. BLUE SHIELD OF VIRGINIA ET AL. v. MCCREADY. C. A. 4th Cir. [Certiorari granted, 454 U. S. 962.] Motion of American Psychological Association for leave to file a brief as *amicus curiae* granted.

No. 81–341. GREENE ET AL. v. LINDSEY ET AL. C. A. 6th Cir. [Probable jurisdiction noted, 454 U. S. 938.] Motion of National Housing Law Project for leave to file a brief as *amicus curiae* granted.

No. 81–451. HATHORN ET AL. v. LOVORN ET AL. Sup. Ct. Miss. [Certiorari granted, 454 U. S. 1122.] Motion of the parties to dispense with printing the joint appendix denied.

No. 81–1112. MAYOR AND CITY COUNCIL OF BALTIMORE ET AL. v. JOHNSON ET AL. C. A. 4th Cir. Motion of petitioners to expedite consideration of the petition for certiorari denied.